C. ALEXANDER CAPRON, executor, &c., complainant-respondent,

*v.*

ROBERT B. LUCHARS, executor, defendant-respondent; ADELAIDE L. KETCHUM et al., defendants-appellants.

[Decided January 31st, 1933.]

*Mr. Walter E. Cooper,* for the complainant-respondent.

*Mr. Philip Goodell* and *Messrs. Riker & Riker,* for the defendants-appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Berry, and reported in *110 N. J. Eq. 338.*

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, DONGES, BROGAN, HEHER, KAYS, HETFIELD, WELLS, JJ. 10.

*For reversal*—CASE, BODINE, KERNEY, JJ. 3.